UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYM A. DENT, | ) | CV 08-3121-CJC(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND RECOMMENDATIONS |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| DEBRA DEXTER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: August 28, 2008

_____
CARMAC J. CARNEY
UNITED STATES DISTRICT JUDGE